IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                            NO. 4:13CR00001-001 KGB

JAMELLE ALEXANDER ARNOLD                                          DEFENDANT

## ORDER

Defendant Jamelle Alexander Arnold was previously designated to FDC SEATAC in Seattle, Washington, for his psychological evaluation. The Court has received the attached correspondence from the Warden of the facility requesting an extension of time in which to conduct the mental evaluation and submit the report to the Court. The request is granted. The defendant's mental evaluation must be completed no later than May 30, 2013, with the report being sent to the Court and counsel on or before June 13, 2013. The excess time shall be excludable under the provisions of the Speedy Trial Act.

IT IS SO ORDERED this 23rd day of April, 2013.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE



U.S. Department of Justice

Federal Bureau of Prisons

Federal Detention Center

Office of the Warden

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

April 23, 2013

Honorable Kristine G. Baker
U.S. District Court Judge
500 West Capitol, Room D444
Richard Sheppard Arnold U.S. Courthouse
Little Rock, AR 72201

RE: Arnold, Jamelle Alexander
    Reg. No.: 27462-009
    Case No.: 4:13-CR-00001-KGB

Dear Judge Baker:

In accordance with your court order dated March 14, 2013, Mr. Arnold was committed to the Federal Detention Center, SeaTac, Washington (FDC SeaTac), for a period of study to determine his mental competency and criminal responsibility.

Because the defendant did not arrive at FDC SeaTac until April 15, 2013, we are requesting the 45-day study begin on that date. If you concur, the study period will end on May 30, 2013, with the final report being submitted to you no later than June 13, 2013. If the Court has questions or comments regarding the evaluation, please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

If we can be of further assistance to the Court, please do not hesitate to contact us.

                Sincerely,

                Jack Fox
                Warden

cc: Chris Givens and Cameron McCree, AUSA's
    Christopher Tarver, Defense Attorney