IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                           Case No. 4:13CR00001-001 KGB

JAMELLE ALEXANDER ARNOLD                                                         DEFENDANT

## ORDER

Due to inclement weather, this matter is removed from this Court's calendar for Thursday, January 9, 2014, and will be reset by amended notice.

SO ORDERED this 9th day of January, 2014.

_____
Kristine G. Baker
United States District Judge